UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY IRELAND, an individual; G.I., a minor by and through his guardian ad litem Tiffany Ireland; and DAYNA DENVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARIS ENTERPRISE, LLC, a California limited liability company; YIQIAO GUO, an individual; DAHUA ZHU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 21-cv-902 JLS (WVG)<br><br>**ORDER GRANTING MOTION TO APPOINT TIFFANY IRELAND AS GUARDIAN AD LITEM OF MINOR PLAINTIFF G.I.**<br><br>(ECF No. 4) |

Presently before the Court is Plaintiff Tiffany Ireland's Motion to Appoint Guardian Ad Litem for Minor Plaintiff "G.I." (ECF No. 4). Plaintiff Tiffany Ireland seeks to appoint herself as guardian ad litem to represent the interests of Plaintiff G.I., who is her son. Good

///
///
///
///

cause appearing, the Court **GRANTS** Plaintiff's motion.

     **IT IS SO ORDERED.**

Dated: May 13, 2021

                              Hon. Janis L. Sammartino
                              United States District Judge