1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

TIFFANY IRELAND *et al.*,

12

Plaintiffs,

13

v.

14

SOLARIS ENTERPRISE, LLC *et al.*,

15

Defendants.

16
17
18

Case No.:  21-CV-902-JLS(WVG)

**ORDER CONVERTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES TO VIDEOCONFERENCE AND ISSUING PROCEDURES**

19   The Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC")

20  in this matter set for **August 3, 2021, at 9:00 a.m** will be held via video conference. To

21  facilitate this modification, **IT IS HEREBY ORDERED:**

22   1.   The Court will use its official Zoom video conferencing account to hold the

23  ENE. The Zoom software is available for download on the Zoom website

24  (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]

25
26
27  [1]   If possible, participants are encouraged to use laptops or desktop computers for the

28  video conference, as mobile devices often offer inferior performance.

1

Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will e-mail each participant an invitation to join the Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers with a camera for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 9:00 a.m. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls "Breakout Rooms."[3] In a Breakout Room, the Court will be able to communicate with

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646. In short, the Court will manually place each participant in their respective Breakout Room. When the Court does this, on the participants device, the participant will see a notification regarding joining

participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. **No later than 12:00 p.m. on July 28, 2021,** counsel for each party shall send an e-mail to the Court at **efile_Gallo@casd.uscourts.gov** containing the following:

a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

b. An **e-mail address for each participant**. This email address should be the same address the participant has used to create his or her Zoom account; and

c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Participants should also participate in the conference

---

the Breakout Room. The participant should select the option to join the room. If the Court then wishes to close the Breakout Rooms and converse with all parties and counsel, the participant should choose the option that will appear on his or her device to leave the Breakout Room—this will send the participant to the group room; it will not expel the participant from the conference.

21-CV-902-JLS(WVG)

1   in a location that allows for privacy and which does not contain background noise such as

2   dogs barking, children, or other noise that will disrupt the conference.

3        IT IS SO ORDERED.

4   DATED: July 23, 2021

5                                        _____

6                                        Hon. William V. Gallo
                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28