1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

TIFFANY IRELAND; G.I., a minor by
and through his guardian ad litem Tiffany
Ireland; and DAYNA DENVER,

Plaintiffs,

v.

SOLARIS ENTERPRISE, LLC; YIQIAO
GUO; DAHUA ZHU; DAVID ZHOU;
and DOES 1 through 10, inclusive

Defendants.

12
13
14
15
16
17
18

Case No.: 21-CV-902 JLS (WVG)

**ORDER GRANTING JOINT
MOTION FOR DISMISSAL**

(ECF No. 31)

19
20

Presently before the Court is the Parties' Joint Motion for Dismissal (ECF No. 31).

21

Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties,

22

the Court **DISMISSES WITH PREJUDICE** this action in its entirety.  Each Party shall

23

bear their own costs and attorneys' fees.  The Clerk of the Court shall close the file.

24

**IT IS SO ORDERED.**

25

Dated:  May 24, 2022

26
27
28

Hon. Janis L. Sammartino
United States District Judge

1

21-CV-902 JLS (WVG)